# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| DANIEL BEY, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:21-cv-302-ALM-KPJ |
| CHRIS ROSAMOND, *et al.*, | § § § | |
| Defendants. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 25, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report") (Dkt. #22) that Defendants Jim McLeroy, Chris Rosamond, and Brad Cummings's Motions to Dismiss (Dkts. #11, #12) be granted and Plaintiff Daniel Bey's claims be dismissed. *See* Dkt. #22. The Magistrate Judge further recommended the following motions be denied as moot: Plaintiff's Motion to Intervene with an Injunction Stipulation of Constitutional Challenge (Dkt. #5); Plaintiff's Motion to Suppress (Dkt. #6); Plaintiff's Motion to Dismiss (Dkt. #7); and Plaintiff's Motion for Summary Judgment (Dkt. #18).

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in this action are **DISMISSED**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

    **IT IS SO ORDERED**.

    **SIGNED this 25th day of March, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE